**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Bryan Hempstead,Plaintiff,<br><br>vs.<br><br>Jade Presents LLC<br>Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 3:19-cv-00148 |

The parties filed a stipulation of dismissal on March 4, 2020. Doc. No. 15. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 15) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court